

ORDERED in the Southern District of Florida on October 8, 2013.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

*In re*:

Case No.  12-27558-BKC-RBR
Chapter 7

**DAVID CHRISTOPHER NAGLE**
SS# XXX-XX-2913

     Debtor.
_____/

**ORDER SUSTAINING TRUSTEE, SCOTT N. BROWN'S**
**OBJECTION TO CLAIM NO. 3**

**THIS CAUSE** having come before the Court upon Trustee, Scott N. Brown's Objection to Claim No. 3 of Steve Meyer, as Personal Representative of the Estate of Charles Meyer on July 24, 2013 (ECF No. 55)(the "Objection") and the Certificate of No Response and Request for Entry of Order filed on Octob4er 7, 2013, and the Court, having reviewed the Objection and the file, having considered the basis for the Objection, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

Case No. 12-27558-BKC-RBR

1. The Trustee's objection to Claim No. 3 filed by Steve Meyer, as Personal Representative of the Estate of Charles Meyer is sustained, and Claim No. 3 is allowed as a general unsecured claim in the amount of $150,000.00.

###

Submitted by:

Scott N. Brown, Trustee
1 S.E. Third Avenue, Suite #1440
Miami, FL 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
sbrown@bastamron.com

Copy furnished to:
Scott N. Brown, Trustee
Trustee Scott N. Brown shall serve copies of this Order on all interested parties and file a certificate of service.